IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,           )
                                    )
                Plaintiff,          )
                                    )
    vs.                             )       Civil No. 06-cv-576-DRH
                                    )
MARSHA L. BLAIR and                 )
CHANDRA VARADACHARI, M.D.,          )
                                    )
                Defendants.         )

## ORDER

    The Court being advised in the premises as to the United States' Motion to Dismiss without prejudice defendant Chandra Varadachari, M.D. (Doc. 7) filed on March 8, 2007, plaintiff's motion is **GRANTED** and the defendant Chandra Varadachari, M.D. is dismissed from this case without prejudice.

    **IT IS SO ORDERED.**

    **DATED: March 12, 2007.**


                    /s/        David  RHerndon
                    **United States District Judge**