IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No. 06-cv-576-DRH |
| | ) | |
| MARSHA L. BLAIR, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is plaintiff's notice of dismissal (Doc. 9).  Accordingly, this action is dismissed without prejudice.  The Clerk is directed to close the file.

**IT IS SO ORDERED.**

**DATED**: March 23, 2007.


/s/          David  RHerndon
**United States District Judge**